**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-22162-BLOOM/LOUIS**

DEMOREE HADLEY,

     Plaintiff,

v.

DESIREE PEREZ, ROC NATION,
ICONIC CREATIVE, LLC
DANIEL BOBER, NATALIE ANDERSON,
SIG 9, LLC, JAMES FONDO,
STEVEN CADY, JESSICA CADY,
SOUTH BROWARD HOSPITAL
DISTRICT, ODYSSEY BEHAVIORAL
HEALTHCARE, LIFESKILLS SOUTH
FLORIDA OUTPATIENT, LLC,
BROWARD COUNTY SHERRIF'S
OFFICE, JORDAN DENIS, JOSEPH REYES,
RACHEL BERNSTEIN, CTS RESEARCH, INC.

     Defendants.

                                   /

## DEFENDANT ROC NATION'S NOTICE OF FILING DECLARATION IN SUPPORT OF MOTION REGARDING EXTRAJUDICIAL STATEMENTS

Defendant Roc Nation, by and through undersigned counsel, hereby files this Declaration in support of its Motion for a Special Order Regarding Extrajudicial Statements (ECF No. 63), and specifically to demonstrate the falsity of the allegation in Plaintiff Demoree Hadley's Response (ECF. No. 70 at pp. 13-16) that there is a "connection" between Defendant Roc Nation's Chief Executive Officer and Heather Wilson-Vinson, the owner of a digital marketing firm in Arkansas, who recently posted comments online regarding the subject matter of this case.

STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC
2 South Biscayne Boulevard, Suite 1600
Miami, Florida 33131

T: (305) 614-1400; F: (305) 614-1425

*/s/ Ryan K. Stumphauzer*
Ryan K. Stumphauzer (FBN: 12176)
rstumphauzer@sknlaw.com
Timothy A. Kolaya (FBN: 056140)
tkolaya@sknlaw.com

*Counsel for Defendant Roc Nation LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2025, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Ryan K. Stumphauzer*
RYAN K. STUMPHAUZER

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

CASE NO. 1:25-cv-22162-BLOOM

DEMOREE HADLEY,

     Plaintiff,

vs.

DESIREE PEREZ, ROC NATION,
ICONIC CREATIVE, LLC,
DANIEL BOBER, NATALIE ANDERSON,
SIG 9, LLC, JAMES FONDO,
STEVEN CADY, JESSICA CADY,
SOUTH BROWARD HOSPITAL DISTRICT,
ODYSSEY BEHAVIORAL HEALTHCARE,
LIFESKILLS SOUTH FLORIDA
OUTPATIENT, LLC, BROWARD COUNTY
SHERIFF'S OFFICE, JORDAN DENIS,
JOSEPH REYES, RACHEL BERNSTEIN,
CTS RESEARCH, INC.

     Defendants.

_____

**DECLARATION OF JAMES HUNT**

I, James Hunt, declare as follows:

1.    I am over the age of 18.

2.    I am a licensed private investigator.

3.    I was engaged by Guidepost Solutions LLC to locate Mrs. Heather Wilson and inquire about allegations made by Plaintiff Demoree Hadley in her Response in Opposition to Defendant Roc Nation's Expedited Motion for Special Order Regarding Extrajudicial Statements (the "Response"), ECF No. 67, that Mrs. Wilson was hired to publish social media posts about Plaintiff.

4.     On June 9, 2025, Mrs. Wilson declined to be interviewed but communicated that she merely is a concerned citizen who has not been hired by or requested by any person or company to publish any of the information that she has published regarding Plaintiff or this case.

5.     In addition, she communicated: "No person, company, entity, ghost, or otherwise has engaged with me . . . . I am simply an individual who sometimes teaches classes on AI, does not like liars or abusers and looks forward to the full truth of this case being revealed."

I swear that the foregoing is true and correct under penalty of perjury pursuant to the law of the United States.

_____
James Hunt

_6/10/25_____
Date

- 2 -