**UNITED STATES DISTRICT COURT**
**SOUTHISN DISTRICT OF FLORIDA**

CIVIL DIVISION

CASE NO.: 25-cv-22162-BB

DEMOREE HADLEY,

     Plaintiffs,

v.

DESIREE PEREZ, ROC NATION,
ICONIC CREATIVE, LLC
DANIEL BOBER, NATALIE ANDERSON,
SIG 9, LLC, JAMES FONDO,
STEVEN CADY, JESSICA CADY,
SOUTH BROWARD HOSPITAL DISTRICT,
ODYSSEY BEHAVIORAL HEALTHCARE,
LIFESKILLS SOUTH FLORIDA
OUTPATIENT, LLC, BROWARD COUNTY
SHERIFF'S OFFICE, JORDAN DENIS,
JOSEPH REYES, RACHEL BERSTEIN,
CTS RESEARCH, INC.

     Defendants.           /

**REPLY TO ROC NATION'S RESPONSE TO MOTION TO STRIKE**
**ROC NATION'S NOTICE OF FILING DECLARATION IN SUPPORT OF**
**<u>MOTION REGARDING EXTRAJUDICIAL STATEMENTS</u>**

Plaintiff, Demoree Hadley ("Demoree"), files this Reply to ROC Nation's *Response to*

*Plaintiff's Motion to Strike ROC Nation's Notice of Filing Declaration in Support of Motion*

*Regarding Extrajudicial Statements*, [D.E. 81], and states the following in support thereof:

**REPLY**

Demoree and her counsel share ROC Nation's sentiments that the parties have exhaustively

briefed the crux of this issue, *i.e.* whether Desiree Perez, the Chief Executive Officer of Roc Nation

is guilty of making or soliciting extrajudicial statements against her daughter Demoree.  Therefore, this Reply will also be short and straightforward.

ROC Nation claims that "Plaintiff falsely suggested that Roc Nation and its [CEO] were … guilty of making or soliciting extrajudicial statements … without any actual proof." [D.E. 81, pg. 2].  ROC Nation claims that Demoree attempted to make a "cryptic comparison" and that her "evidence was speculative at best."  *Id*.  ROC Nation wants a direct comparison and direct evidence?  Here it goes.  A blogger named "Survivor1" posted several negative and derogatory videos and statements about Demoree and Javon, including the video that Desiree tacitly claims she did not send.

 



After posting the video above, Survivor1 later appeared on a platform called Station Head – a podcast where influencers provide information and listeners post comments.  Recently, a podcaster named Lemski was speaking about Demoree's lawsuit against Desiree.  Survivor 1 was listening.



Lemski asked Survivor1, "Where did you get the video?"  Survivor1 posted in the comments that **Desiree sent it to her from a "burner account."**



During another podcast, Survivor1 admitted that she worked for ROC Nation.



Demoree has provided more than sufficient evidence to show that Desiree hired or retained people to post negative comments about her.  Before silencing Demoree, this Court should require Desiree to swear under oath – not through some uninformed, third-party investigator paid by her – that she never hired or engaged bloggers to make extrajudicial statements about Demoree.  If Desiree refuses to do it, then the Court should not entertain her frivolous attempt to silence Demoree for something that Desiree: (1) started; (2) is actively engaged in; (3) is misrepresenting to the Court; and (4) is trying to cover up.

Respectfully Submitted,

NAPOLEON LAW FIRM
Hilton Napoleon, II, Esq., FBN 17593
2525 Ponce de Leon Blvd., Suite 300
Coral Gables, FL  33134
Ph:      (305) 510-7106
hilton@napoleonfirm.com
www.napoleonfirm.com

Counsel for Defendant, Demoree Hadley

By:   /s/ *Hilton Napoleon, II*
      Hilton Napoleon, II

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which served the parties who are currently on the list to receive e-mail notice/service for this case, and that I served all counsel or parties who are not authorized to receive electronically Notices of Electronic Filing in some other authorized manner, if applicable.

By: */s/ Hilton Napoleon, II*
      Hilton Napoleon, II