UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22162-BLOOM/Louis

DEMOREE HADLEY,

    Plaintiff,

v.

DESIREE PEREZ, ROC NATION, ICONIC CREATIVE, LLC,
DANIEL BOBER, NATALIE ANDERSON, SIG 9, LLC, JAMES FONDO,
STEVEN CADY, JESSICA CADY, SOUTH BROWARD HOSPITAL DISTRICT,
ODYSSEY BEHAVIORAL HEALTHCARE, LIFE SKILLS SOUTH FLORIDA
OUTPATIENT, LLC, BROWARD COUNTY SHERIFF'S OFFICE, JOHN DOE, #1,
JOHN DOE, #2, and RACHEL BERNSTEIN,

    Defendants.
_____/

## ORDER ON REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Defendant Roc Nation's Motion for Order to Show Cause Why Plaintiff Should Not Be Ordered to Remove Social Media Postings and Not Be Held in Contempt of Court, ECF No. [113]; Defendant Desiree Perez's Motion for Special Order Regarding Social Media Postings and Violation of Court Order, ECF No. [125]; and certain Parties' Motion for Order to Show Cause Why Javon Hadley Should Not Be Ordered to Remove Social Media Postings and Not Be Held in Contempt of Court, ECF No. [138] (collectively, the "Motions"). On July 18, 2025, the Motions were referred to United States Magistrate Judge Lauren F. Louis, ECF No. [164]. On July 31, 2025, Judge Louis held a hearing on the matter and the parties jointly agreed that the Court should enter their proposed order. On August 4, 2025, Judge Louis issued a Report and Recommendation ("R&R"), ECF No. [189], recommending that the Motions be denied as moot, and that the Court enter the Parties' proposed order.

Case No. 25-cv-22162-BLOOM/Louis

"If a party fails to object to any portion of the magistrate judge's report, those portions are reviewed for clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The portions of the report and recommendation to which an objection is made are reviewed *de novo* only if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3); *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Nevertheless, the Court is fully advised in the premises of the R&R.[1] Upon review, the Court finds the R&R to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The R&R, **ECF No. [189]**, is **ADOPTED**.

2. Defendant Roc Nation's Motion for Order to Show Cause Why Plaintiff Should Not Be Ordered to Remove Social Media Postings and Not Be Held in Contempt of Court, **ECF No. [113]**, is **DENIED AS MOOT**.

3. Defendant Desiree Perez's Motion for Special Order Regarding Social Media Postings and Violation of Court Order, **ECF No. [125]**, is **DENIED AS MOOT**.

---

[1] In the Motion, Roc Nation has requested the Court to, among other things, direct Demoree Hadley to remove certain social media posts from the X Platform because they violate this Court's Order on Expedited Motion for Special Order Regarding Extrajudicial Statements ("Special Order"), ECF No. [112]. During the Hearing, Demoree Hadley was successful in removing the majority of these posts, but reported that she experienced technical difficulties in accomplishing the removal of one "repost" of a third-party's post on the X Platform. Based on the Court's statements during the Hearing, Demoree Hadley agrees that the "repost" from her @moreehadley account of the following post should be deleted/removed from the X Platform:

- Post ID: 1938010093632823766
(posted on June 25, 2025, at 7:03 pm) (the "Repost")

4. The Motion for Order to Show Cause Why Javon Hadley Should Not Be Ordered to Remove Social Media Postings and Not Be Held in Contempt of Court, **ECF No. [138]**, is **DENIED AS MOOT**.

5. Plaintiff Demoree Hadley must delete/remove the Repost from the X Platform. Because Demoree Hadley continues to report having technical difficulties in removing/deleting this Repost, Defendant Roc Nation and Demoree Hadley are **DIRECTED** to provide a copy of this Order to X Corp. and advise X Corp. to remove/delete the Repost (but not the underlying post) because the Repost is in violation of the Special Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 12, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record