UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-22162-BLOOM/LOUIS

Case No. 25-cv-22162-BB
Consolidated Case No. 25-cv-21607-BB

DEMOREE HADLEY,

    Plaintiff,

v.

DESIREE PEREZ,
DANIEL BOBER,
SIG 9 LLC, JAMES FONDO,
STEVEN CADY, JESSICA CADY,
BROWARD COUNTY
SHERIFF'S OFFICE, JORDAN DENIS,
JOSEPH REYES,

    Defendants.
_____/

DESIREE PEREZ, MILADYS GARCIA GONZALEZ
DENISSE MILAGROS GONZALEZ ESCRIBANO,
and OLGA ZAYAS,

    Consolidated Plaintiffs,

v.

JAVON HADLEY,

    Consolidated Defendant.
_____/

**DEFENDANT, DESIREE PEREZ'S**
**RESPONSE TO MOTION TO WITHDRAW AS COUNSEL**

Defendant, Desiree Perez ("Ms. Perez"), responds to the Motion to Withdraw as Counsel for Consolidated Defendant Javon Hadley, ECF No. [333] ("Motion"), and states that Ms. Perez does not oppose the Motion, which was absent from the Certificate of Good Faith Conference.[1]

Dated: February 20, 2026

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
*Counsel for Defendant, Desiree Perez*
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL  33301
Telephone:  (954) 763-4242
Telecopier:  (954) 764-7770

By:  */s/ Anne R. Flanigan*
MATTHEW H. MANDEL
Florida Bar No.
Primary: mmandel@wsh-law.com
Secondary: lbrewley@wsh-law.com
ANNE R. FLANIGAN
Florida Bar No. 113889
Primary: aflanigan@wsh-law.com
Secondary: pgrotto@wsh-law.com

---

[1] Although the Motion contains several misstatements regarding the factual background of this case (such as the ownership of the Family Home) and which are superfluous to issues in the pending Motion, said misstatements will be addressed on the fully-developed summary judgment record.