UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-22162-BLOOM/Louis

DEMOREE HADLEY,

     Plaintiff,

v.

DESIREE PEREZ, ROC NATION, ICONIC CREATIVE, LLC,
DANIEL BOBER, NATALIE ANDERSON, SIG 9, LLC, JAMES FONDO,
STEVEN CADY, JESSICA CADY, SOUTH BROWARD HOSPITAL DISTRICT,
ODYSSEY BEHAVIORAL HEALTHCARE,
LIFE SKILLS SOUTH FLORIDA OUTPATIENT, LLC,
BROWARD COUNTY SHERIFF'S OFFICE, JOHN DOE, #1,
JOHN DOE, #2, and RACHEL BERNSTEIN,

     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    **THIS CAUSE** is before the Court upon Defendant Javon Hadley's Motion to Dismiss Amended Complaint ("Motion"), ECF No. [227]. The Motion was referred to Magistrate Judge Lauren Fleischer Louis pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1. Judge Louis issued a Report and Recommendations ("R&R") recommending that Javon Hadley's Motion be granted as to Counts VI and VII of the Amended Complaint and denied with respects to Counts I through V. ECF No. [322]. Moreover, Judge Louis recommends Count VI and VII be dismissed with prejudice as amendment would be futile. *Id.* at 33.

    The R&R advised the parties they had "fourteen (14) days from the date of being served with a copy of th[e] Report and Recommendation within which to file written objections, if any, with this Court." *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Louis' Report and Recommendation, the record, and is otherwise fully advised. *See Williams v. McNeil,*

Case No. 25-cv-22162-BLOOM/Louis

557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds

Judge Louis' Report and Recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [322]**, is **ADOPTED**;

2. Defendant's Motion to Dismiss, **ECF No. [227]**, is **GRANTED in part** and **DENIED in part**;

3. Defendant shall file an Answer to Counts I – V **no later than March 6, 2026**;  and

4. Count VI and VII of the Amended Complaint, **ECF No. [198]**, are **DISMISSED WITH PREJUDICE;**

**DONE AND ORDERED** in Chambers in Miami, Florida, on February 23, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of record

2