UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-22162-BB

DEMOREE HADLEY,

      Plaintiff,

v.

DESIREE PEREZ, *et al.*,

      Defendants.

_____ /

## ORDER ON DISCOVERY DISPUTE PROCEDURES

In the first half of this month alone, the parties have filed close to a dozen motions relating to discovery disputes. *See, e.g.*, (ECF Nos. 367, 366, 364, 363, 361, 359, 358, 353, 350, 327, 326). Review of the motions confirms the Court's previous observations—made at numerous prior discovery hearings—that the parties are not making sufficient efforts to confer, communicate, and cooperate in good faith to resolve their *genuine* discovery disputes. In effort to avoid a near-Dickensian state of affairs, the parties will participate in regularly scheduled discovery hearings, in lieu of motion practice.

A hearing is now set for **Friday, April 24, 2026, at 2:00 P.M.** in Miami Division before Magistrate Judge Lauren Fleischer Louis at the United States Courthouse, Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida. The Court will conduct an additional discovery hearing every fourteenth day thereafter, at the same time, prior to the close of discovery on June 9, 2026. For the sake of specificity, a discovery hearing will be conducted on **May 8, 2026, at 2:00 P.M.**, on **May 22, 2026, at 2:00 P.M.**, and on **June 5, 2026, at 2:00 P.M.** At each hearing, the Court will resolve as many of the discovery disputes as possible in the time permitted.

1

In advance of the April 24 discovery hearing, the Parties will meet and prepare a joint status report on each dispute they contend warrants Court resolution. The status report will be specific as to each dispute and each side's position. For example, most (if not all) of the Defendants seek additional time to depose plaintiff; none of the motions explain the difference between the amount of time they seek and any amount of time plaintiff agrees to sit.

Preparation of the joint status report may not be done via email. The attorneys must actually talk to each other.

Those motions already filed are hereby taken **UNDER ADVISEMENT**. No new discovery motions may be filed without leave of the undersigned, which may be requested at one of the scheduled discovery hearings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of April, 2026.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE