**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-22162-BLOOM/Louis**

DEMOREE HADLEY,

     Plaintiff,

v.

DESIREE PEREZ, ROC NATION, ICONIC CREATIVE, LLC,
DANIEL BOBER, NATALIE ANDERSON, SIG 9, LLC, JAMES FONDO,
STEVEN CADY, JESSICA CADY, SOUTH BROWARD HOSPITAL DISTRICT,
ODYSSEY BEHAVIORAL HEALTHCARE, LIFE SKILLS SOUTH FLORIDA
OUTPATIENT, LLC, BROWARD COUNTY SHERIFF'S OFFICE, JOHN DOE, #1,
JOHN DOE, #2, and RACHEL BERNSTEIN,

     Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [397] ("Stipulation"), filed on May 8, 2026. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [397]**, is **APPROVED**;

2. Counts III and V of Plaintiff/Counter-Defendant's Amended Complaint, **ECF No. [49]**, are **DISMISSED WITH PREJUDICE**, and all counts of Defendant/Counter-Plaintiff's Counterclaim Complaint, **ECF No. [256]**, are **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the terms of the settlement agreement between the Parties.

3. Each party shall bear its own attorneys' fees and costs;

Case No. 25-cv-22162-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 8, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:       Counsel of Record

2