**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-22162-BB

DEMOREE HADLEY,

     Plaintiff,

v.

DESIREE PEREZ, *et al.*,

     Defendants.

_____ /

## <u>ORDER ON DISCOVERY DISPUTES</u>

For the reasons stated in open court at the May 29, 2026 discovery hearing, it is hereby **ORDERED** as follows.

Defendant Perez's *Ore Tenus* Motion to Compel Production of Documents responsive to Defendant's Request for Production No. 29 is **GRANTED**. Plaintiff Hadley advanced no objection to Defendant's request for communications between Plaintiff and her private investigator, Ms. Olivia Trigo, regarding police activity, Javon Hadley's treatment of Plaintiff, or initiation of this lawsuit. Plaintiff's counsel proffers that he has already conducted a search of Plaintiff's messages from May 2025 through the present. Plaintiff and her counsel shall expand their search to include text records dating from April 2024 to May 2025. Data repositories necessary to the search include any electronic service provider, including AT&T, as well as WhatsApp or other social media platforms that permit direct messaging. Plaintiff shall produce documents responsive to Request No. 29, or log as privileged documents shielded from discovery, within **ten (10) days** of this Order.

Consolidated Plaintiffs' *Ore Tenus* Motion to Compel Plaintiff's Counsel to Certify Reasonable Search of iCloud account is **DENIED**. Neither the Federal Rules of Civil Procedure nor any prior Order from this Court requires Plaintiff's counsel to testify to his efforts in discovery.

Defendant Perez's *Ore Tenus* Motion to Compel Further Production of Social Media Communications is **GRANTED**, in part. The Motion is granted to the extent that Defendant seeks an order commanding Plaintiff and her counsel to conduct a search of reasonable scope for documents responsive to Defendant's Request for Production No. 35, which seeks communications between Plaintiff and social media personalities about Defendant Perez or this lawsuit. Compliance with the Request requires search of all messaging platforms available to Plaintiff, whether WhatsApp, Instagram, TikTok, X, or other social media platforms that enable direct messaging. Defendant's Request seeks impeachment material that may be discoverable. However, Defendant's bases for believing that documents responsive to the Request and not yet produced exist, and for believing such documents are of importance to Defendant's live claims or defenses, are attenuated. The Parties are instructed to cooperate to better identify responsive documents and/or designate an ESI vendor that may be best situated to efficiently collect documents responsive to the Request.

**DONE AND ORDERED** in open court at Miami, Florida, this 29th day of May, 2026.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

2